UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL A. POOLE,

    Plaintiff(s),

v.                                    CASE NO. 8:05-CV-1811-T-17TGW

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant(s).

_____/

ORDER

    This cause is before the Court on review of the denial of Plaintiff's claim for Social Security disability benefits and supplemental security income payments. The assigned Magistrate Judge has issued a Report and Recommendation recommending that the decision of the Administrative Law Judge denying benefits be reversed, and the matter remanded for further proceedings.

    The Court has independently considered the pleadings, the record which has been filed, and the Report and Recommendation (Dkt. 18), to which no objections have been filed. The decision of the Administrative Law Judge relies on the testimony of a vocational expert, but the testimony is not contained within the record, and the Court cannot review it. After consideration, the Court adopts the Report and Recommendation, and incorporates it herein by reference. Accordingly, it is

    **ORDERED** that the Report and Recommendation is **adopted** and incorporated herein by reference. The Court **reverses** the decision of the Administrative Law Judge denying benefits, and **remands** this case for further proceedings. The Clerk of Court

Case No. 8:05-CV-1811-T-17TGW

shall enter judgment for Plaintiff and close this case.

DONE and ORDERED in Chambers, in Tampa, Florida on this 30th day of January, 2007.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record